IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD WAYNE HULL, § | |
| TDCJ-CID NO.673637, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION H-05-1654 |
| § | |
| R.D. LANGSTON, *et al.*, § | |
| § | |
| Defendants. § | |

FINAL JUDGMENT

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice as to claims against all defendants, except defendant McMillen. Plaintiff's deliberate indifference claim against defendant McMillen is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 14th day of September, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE